VAN REYPEN *et al. v.* VANDERMARK.

*(City Court of New York, General Term.*  June 18, 1892.)

Appeal from trial term.

Action by Cornelius G. Van Reypen and others against Sophia A. Vandermark. From a judgment entered on a verdict directed by the court for plaintiffs, defendant appeals. Affirmed.

Argued before McGOWN, VAN WYCK, and FITZSIMONS, JJ.

*J. C. De La Mare,* for appellant. *James Flynn,* for respondents.

VAN WYCK, J.   The action is to recover agreed commissions as a broker for sale by exchange of real property. Both parties requested the court to direct a verdict for them respectively, and plaintiffs' request was granted. This verdict will not be disturbed unless against the weight of evidence or against the law. The proof is abundant as to the employment, amount agreed upon for the commissions, and that the plaintiff's services secured the exchange, and that the defendant knew of the employment of plaintiff as broker for the exchange of the purchaser's property. The plaintiff, his partner, and the purchaser all testify that defendant agreed to pay a fixed amount as commissions. The plaintiff and his partner testify as to the employment, and to the fact that plaintiff's negotiations and efforts brought about the exchange. The purchaser testifies that he informed defendant's agent, who was fully authorized, that plaintiff was his broker for the sale of his property which was exchanged. There is no exception in the case except to the refusal of the court to dismiss the complaint. The judgment and order appealed from are affirmed, with costs. All concur.

---

DOLL, Appellant, *v.* JORGENSON, Respondent.

*(City Court of Brooklyn, General Term.*  June 27, 1892.)

Appeal from special term.

Action by Charles Doll against Frederick R. Jorgenson.

Argued before CLEMENT, C. J., and OSBORNE and VAN WYCK, JJ.

*M. L. Towne,* for appellant. *Horace Graves,* for respondent.

PER CURIAM.   The case shows that only a single question of fact was litigated at the trial,—whether or not the defendant acted as the agent of the plaintiff in the sale of certain real estate in this city. The testimony was conflicting, and the jury found that the defendant was not such agent. No exception was taken to the charge, and there is no certificate that the case contains all the testimony. We have examined the record, and find no error.

Judgment and order denying new trial affirmed, with costs.

---

MAYER *et al.,* Respondents, *v.* RHEUBOTTOM & TEALL MANUF'G CO., Appellant.

*(Supreme Court, General Term, Fifth Department.*  June, 1892.)

Action by Sally I. Mayer and others against the Rheubottom & Teall Manufacturing Company.

No opinion. Order appealed from affirmed, with $10 costs and disbursements, on opinion of MACOMBER, J., at special term.

END OF VOLUME 19.